Per Curiam.

(No. 7073

Riveredge Hospital, Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed May 3, 1973.*

RIVEREDGE HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.